## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

PNC Bank, National Association

                Plaintiff,

                vs.

2215 Oak Park Ave, LLC; Perez Health Incorporated; Maria Perez; Ricardo Perez

                Defendants.

No.   18 cv 2995
Honorable Judge Jorge L. Alonso

### PNC BANK N.A.'S MOTION FOR ENTRY OF JUDGMENT AGAINST MARIA PEREZ WITH A FINDING PURSUANT TO RULE 54(b) AND TO CONTINUE PNC'S FORECLOSURE COUNT DUE TO A PENDING SALE

NOW COMES Plaintiff, PNC Bank, National Association, ("Plaintiff" or "PNC"), by its attorneys, Plunkett Cooney, P.C., moves this Court for a judgment against Maria Perez as to Counts IV and VII with a finding pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and for an order continuing PNC's foreclosure, (Count I) due to a pending short sale.   In support of its motion, Plaintiff states as follows:

    1.    Plaintiff filed its Complaint against Defendants on April 27, 2018.

    2.    2215 Oak Park Ave, LLC and Perez Health Incorporated were both served with Summons and Complaint on May 14, 2018, by corporate service.   Maria Perez was personally served with Summons and Complaint on May 3, 2018, by a special process server. Ricardo Perez was personally served with Summons and Complaint on May 14, 2018, by a special process server.   True and accurate copies of the Returns of Service are attached hereto as Group Exhibit A.

    3.    On June 19, 2018 this Court granted Plaintiff's Motion for Default (doc. 13). Exhibit B (doc. 15).

    4.    Plaintiff mailed the default order to all defendants on June 20, 2018.   Exhibit C.

5.      As of the date of this motion, none of the defendants have appeared or answered the complaint

6.      As set forth in Plaintiff's affidavit filed in support of this motion, the sum of $302,545.51 is currently due on Maria Perez' guaranties (counts IV and VII of the complaint) of the two loans that are the subject of Plaintiff's complaint.

7.      Defendant 2215 Oak Park Ave, LLC in under contract for sale of the property which is the subject of Plaintiff's foreclosure (count I) with an estimated closing date of 12/31/18 and therefore Plaintiff desires to simply enter and continue the matter with respect to the foreclosure counts and counts against the corporations.   The sale of the property will result in an estimated remaining balance on the loans of at least $80,000.00

8.      Defendant guarantor Ricardo Perez filed bankruptcy on July 5, 2018.   On October 16, 2018 the trustee's motion to extend the time to object to his discharge was granted.   Exhibit D.

9.      In light of the approximate $80,000 deficiency after the sale of the real estate and Ricardo's pending bankruptcy, PNC requests this Court make a finding there is no just reason to delay pursuant to Fed. R. Civ. Pro. 54(b).

**WHEREFORE**, Plaintiff, PNC Bank, National Association, respectfully requests this Court enter a) judgment in favor of PNC and against Maria Perez in the amount of $$302,545.51, b) make a finding of no just reason for delay as the judgment against Maria Perez pursuant to Fed. R. Civ. Pro 54(b), c) enter and continue PNC's foreclosure count, and d) grant such further relief to which Plaintiff is entitled.

PNC Bank, National Association

By: /s/: Matthew L. Hendricksen
One of Its Attorneys

James M. Crowley (ARDC#6182597)
Matthew L. Hendricksen (ARDC#6296720)
Plunkett Cooney, P.C.
221 North LaSalle Street
Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@plunkettcooney.com
mhendricksen@plunkettcooney.com

Open.26646.81327.21246252-1

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

| | | |
|---|---|---|
| PNC Bank, National Association | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 18-cv-2995 |
| 2215 Oak Park Ave, LLC; Ricardo Perez; Maria Perez; Perez Health Incorporated | ) | Honorable Judge Jorge L. Alonso |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Perez Health Incorporated
c/o Ricardo Perez
3333 WENONAH AVE
BERWYN, IL 60402-3347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Plunkett Cooney, PC
Matthew L. Hendricksen
221 N. LaSalle St., Suite 1550
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

THOMAS G. BRUTON, CLERK

*(Annette Nunez)*

(B) DEPUTY CLERK

*Signature of Clerk or Deputy Clerk*

**April 27, 2018**

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-2995

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____

                                              *Server's signature*

                                    _____

                                              *Printed name and title*


                                    _____

                                              *Server's address*

Additional information regarding attempted service, etc:



**\*195069\***

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff(s).

vs.

2215 OAK PARK AVE, LLC; PEREZ HEALTH INCORPORATED; MARIA PEREZ; RICARDO PEREZ,

    Defendant(s).

Case No.: 18-cv-2995

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Michael Menichini, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: Perez Health Incorporated c/o Ricardo Perez

I, Served the within named defendant on May 14, 2018 @ 6:55 PM

CORPORATE SERVICE: by leaving a copy of this process with Ricardo Perez, (Title): Authorized Person, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: Summons in a Civil Action; Complaint

ADDRESS WHERE SERVED: 3333 Wenonah Avenue, Berwyn, Il.60402

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

Sex: Male - Race: Hispanic - Hair: Black - Approx. Age: 40 - Height: 5ft 07in - Weight: 165

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of  IL

County of  Cook

This instrument was subscribed and sworn to before me on 5-16-18 (date)
By Michael Menichini (name/s of person/s)

Signature of Notary Public

Michael Menichini, Process Server
Dated 5/16/18  ATG LegalServe Inc

OFFICIAL SEAL
JEFFREY DANIEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/31/21

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312.855.0303

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| PNC Bank, National Association ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 18-cv-2995 |
| ) | Honorable Judge Jorge L. Alonso |
| 2215 Oak Park Ave, LLC; Ricardo Perez; Maria ) | |
| Perez; Perez Health Incorporated ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ricardo Perez
3333 WENONAH AVE
BERWYN, IL 60402-3347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Plunkett Cooney, PC
Matthew L. Hendricksen
221 N. LaSalle St., Suite 1550
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

THOMAS G. BRUTON, CLERK

*Signature of Clerk or Deputy Clerk*

April 27, 2018

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-2995

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                         *Server's signature*

                               _____
                                      *Printed name and title*


                               _____
                                        *Server's address*

Additional information regarding attempted service, etc:



**\*195072\***

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

PNC BANK, NATIONAL ASSOCIATION.

Case No.: 18-cv-2995

    Plaintiff(s),

vs.



**2215 OAK PARK AVE, LLC; PEREZ HEALTH INCORPORATED; MARIA PEREZ; RICARDO PEREZ.**

    Defendant(s).

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Menichini,** Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc.. Illinois Department of Financial and Professional Regulation number 117.001494.

**DEFENDANT TO BE SERVED: Ricardo Perez**

I, Served the within named **DEFENDANT** on May 14, 2018 @ 6:55 PM

**INDIVIDUAL SERVICE:** By delivering to the within named DEFENDANT a copy of this process personally.

**TYPE OF PROCESS: Summons in a Civil Action; Complaint**

**ADDRESS WHERE SERVED: 3333 Wenonah Avenue, Berwyn, IL60402**

The sex, race and approximate age of the defendant or other person with whom the copy of this process was left is as follows:

**Sex: Male - Race: Hispanic - Hair: Black - Approx. Age: 40 - Height: 5ft 07in - Weight: 165**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of   **IL**

X _____
    Michael Menichini, Process Server

County of   **Cook**

Dated   **5/16/18**   ATG LegalServe Inc

This instrument was subscribed and sworn to before me on   **5-16-18**   (date)
By   **Michael Menichini**   (name/s of person/s)

_____
Signature of Notary Public

> **OFFICIAL SEAL**
> **JEFFREY DANIEL**
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:01/31/21

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL60603
312.855.0303

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

| | |
|---|---|
| PNC Bank, National Association | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| 2215 Oak Park Ave, LLC; Ricardo Perez; Maria Perez; Perez Health Incorporated | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. 18-cv-2995

Honorable Judge Jorge L. Alonso

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ 2215 Oak Park Ave, LLC
c/o Ricardo Perez
3333 WENONAH AVE
BERWYN, IL 60402-3347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Plunkett Cooney, PC
Matthew L. Hendricksen
221 N. LaSalle St., Suite 1550
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

_Signature of Clerk or Deputy Clerk_

April 27, 2018

DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  18-cv-2995

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____                    _____

                                                                 *Server's signature*

                                                             _____

                                                                 *Printed name and title*

                                                             _____

                                                                 *Server's address*

Additional information regarding attempted service, etc:



**\*195871\***

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff(s),

vs.

2215 OAK PARK AVE, LLC; PEREZ HEALTH INCORPORATED; MARIA PEREZ; RICARDO PEREZ,

    Defendant(s).

Case No.: 18-cv-2995

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Michael Menichini, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: 2215 Oak Park Ave, LLC c/o Ricardo Perez

I, Served the within named defendant on May 14, 2018 @ 6:55 PM

CORPORATE SERVICE: by leaving a copy of this process with Ricardo Perez. (Title): Authorized Person, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: Summons in a Civil Action; Complaint

ADDRESS WHERE SERVED: 3333 Wenonah Avenue, Berwyn, IL 60402

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

Sex: Male - Race: Hispanic - Hair: Black - Approx. Age: 40 - Height: 5ft 07in - Weight: 165

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of __IL__

County of __Cook__

This instrument was subscribed and sworn to before me on __5-16-18__ (date)
By __Michael Menichini__ (name/s of person/s)

Signature of Notary Public

Michael Menichini, Process Server
Dated __5/16/18__ ATG LegalServe Inc

OFFICIAL SEAL
JEFFREY DANIEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/31/21

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312.855.0303

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| PNC Bank, National Association | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 18-cv-2995 |
| | ) | Honorable Judge Jorge L. Alonso |
| 2215 Oak Park Ave, LLC; Ricardo Perez; Maria Perez; Perez Health Incorporated | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Maria Perez
3604 FOREST AVE.
BROOKFIELD, IL 60513-1604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Plunkett Cooney, PC
Matthew L. Hendricksen
221 N. LaSalle St., Suite 1550
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

THOMAS G. BRUTON, CLERK

_Annette Nunez_

(By) DEPUTY CLERK

_Signature of Clerk or Deputy Clerk_

April 27, 2018

DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  18-cv-2995

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                      *Server's signature*

                                                 _____
                                                      *Printed name and title*


                                                 _____
                                                      *Server's address*

Additional information regarding attempted service, etc:



**\*194198\***

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

PNC BANK, National Association,

**Case No.: 18-cv-2995**

Plaintiff(s),

vs.

2215 Oak Park Ave., LLC; Ricardo Perez; Maria Perez; Perez Health Incorporated,



Defendant(s).

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Michael Menichini, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

DEFENDANT TO BE SERVED: Maria Perez

I, Served the within named DEFENDANT on May 03, 2018 @ 4:09 PM

INDIVIDUAL SERVICE: By delivering to the within named DEFENDANT a copy of this process personally.

TYPE OF PROCESS: Summons In a Civil Action; Complaint

ADDRESS WHERE SERVED: 3604 Forest Ave., Brookfield, IL.60513

The sex, race and approximate age of the defendant or other person with whom the copy of this process was left is as follows:

Sex: Female - Race: Hispanic - Hair: Black - Approx. Age: 35 - Height: 5ft 05in - Weight: 145

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of __IL__

Michael Menichini, Process Server
Dated MAY 7 2018 ATG LegalServe Inc

County of __Cook__

This instrument was subscribed and sworn to before me on __5-7-18__ (date)
By __Michael Menichini__ (name/s of person/s)

_____
Signature of Notary Public

**OFFICIAL SEAL
EDWARD JANISZEWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/27/20**

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL.60603
312.855.0303

# EXHIBIT B

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

PNC Bank, National Association

                              Plaintiff,

v.

                                               Case No.: 1:18−cv−02995

2215 Oak Park Ave, LLC, et al.                   Honorable Jorge L. Alonso

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 19, 2018:

     MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 7/12/18 at 9:30 a.m. Motion hearing held. Plaintiff's motion for order of default [13] is granted. Defendants 2215 Oak Park Ave, LLC., Maria Perez, Ricardo Perez, and Perez Health Incorporated are found in default. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# EXHIBIT C



# PLUNKETT COONEY

June 20, 2018

To Service List Attached,

Re:     PNC Bank National Association v. 2215 Oak Park Ave, LLC, et al.
        Case No.: 18-cv-02995

To Service List Attached:

Enclosed please find Document #15 a Notification Of Docket Entry dated June 19, 2018 regarding the above referenced case.

Sincerely,
PLUNKETT COONEY, P.C.

*Matthew Hendricksen*
                                    P L
Matthew L. Hendricksen
Attorney at Law

MLH:pjl
Enclosure

**2215 Oak Park Ave, LLC**
c/o Ricardo Perez
3333 Wenonah Avenue
Berwyn, Illinois 60402

**Perez Health Incorporated**
c/o Ricardo Perez
3333 Wenonah Avenue
Berwyn, Illinois 60402

**Maria Perez**
3604 Forest Avenue
Brookfield, Illinois 60513

**Ricardo Perez**
3333 Wenonah Avenue
Berwyn, Illinois 60402

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

PNC Bank, National Association

                        Plaintiff,

v.

                                            Case No.: 1:18−cv−02995
                                            Honorable Jorge L. Alonso

2215 Oak Park Ave, LLC, et al.

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 19, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 7/12/18 at 9:30 a.m. Motion hearing held. Plaintiff's motion for order of default [13] is granted. Defendants 2215 Oak Park Ave, LLC., Maria Perez, Ricardo Perez, and Perez Health Incorporated are found in default. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-18963 |
| RICARDO PEREZ | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING THE DATE BY WHICH THE TRUSTEE MAY
## TIMELY OBJECT TO DEBTOR'S EXEMPTIONS AND DISCHARGE

This matter came to be heard on the Motion of Chapter 7 Trustee, David P. Leibowitz ("Trustee"), to Extend Time to Object to Exemptions and Discharge; due and proper notice having been given; and it appearing to the Court that cause exists for the entry of this order; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Trustee's motion is granted as set forth herein.

2. The date by which the Trustee may timely object to the Debtor's exemptions is hereby extended to and including January 7, 2019.

3. The date by which the Trustee may timely object to the Debtor's discharge pursuant to §727 of the Bankruptcy Code is hereby extended to and including January 7, 2019.

Enter:   *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  October 16, 2018

**Prepared by:**

David P. Leibowitz (ARDC # 1612271)
Lakelaw
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
847.249.9100