IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

PNC Bank, National Association

    Plaintiff,

vs.

2215 Oak Park Ave, LLC; Perez Health Incorporated; Maria Perez; Ricardo Perez

    Defendants.

No. 18 cv 2995
Honorable Judge Jorge L. Alonso

## PLAINTIFF'S MOTION FOR JUDGMENT OF FORECLOSURE

NOW COMES Plaintiff, PNC Bank, National Association, by its attorneys, Plunkett Cooney, P.C., and in support of its Motion for Judgment of Foreclosure and Sale against Defendants 2215 Oak Park Ave, LLC, Perez Health Incorporated, and Maria Perez ("Defendants") states as follows:

1. Plaintiff filed its Complaint on April 27, 2018.

2. Defendant 2215 Oak Park Ave, LLC, was duly served by corporate service on May 14, 2018, as set forth on the Certificate of Service. Exhibit A.

3. Defendant Perez Health Incorporated, was duly served by corporate service on May 14, 2018, as set forth on the Certificate of Service. Exhibit A.

4. Defendant Maria Perez, was duly served by personal service on May 3, 2018, as set forth on the Certificate of Service. Exhibit A.

5. Twenty-One days passed since the Defendants were served, and they have failed to answer, plead, or otherwise defend the allegations of Plaintiff's Complaint.

1

6. On June 19, 2018, this Court entered an Order of Default against defendants which Plaintiff mailed to defendants. A copy of the order is attached hereto as Exhibit B.

7. Plaintiff's claim of damages is for a sum that is made certain by computation and is more specifically set forth in its supporting affidavit attached hereto as Exhibit C.

8. Defendants appeared *pro se* on January 23, 2019 and were instructed to retain counsel by February 6, 2019. Defendants failed to retain counsel, failed to file a motion to vacate and failed to appear at the next status hearing. Doc. 26, 31.

9. Plaintiff hereby withdraws its prior motion for judgment. (doc. 18).

10. Defendants' efforts to sell the real estate via a short sale have stalled and Plaintiff hereby seeks to proceed with its foreclosure.

WHEREFORE, the Plaintiff, PNC Bank, National Association, respectfully requests that this Court enter a Judgment of Foreclosure and Sale against 2215 Oak Park Ave, LLC, Perez Health Incorporated, and Maria Perez, for that amount set forth and made certain in it's the affidavit attached hereto as Exhibit C, and grant such further relief to which Plaintiff is entitled.

Respectfully submitted,

PNC Bank, National Association

BY: /s/ Matthew L. Hendricksen
One of its Attorneys

Matthew L. Hendricksen (ARDC#6296720)
Plunkett Cooney, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900; mhendricksen@plunkettcooney.com
Open.26646.81327.21778378-1